IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 07-3288 ) |
| PHILO WOODWORKS, INC., and RHONDA KEELER, individually, | ) ) ) |
| Defendants. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Plaintiffs' Motion for Default Judgment (d/e 9), pursuant to Fed. R. Civ. P. 55(b)(2) and this Court's October 16, 1985, Standing Order involving the same, against Defendants Philo Woodworks, Inc. and Rhonda Keeler. Plaintiffs seek judgment in their favor on the pending Complaint (d/e 1). For the reasons set forth below, Plaintiffs' Motion is allowed.

Plaintiffs filed their Complaint on November 1, 2007. The docket reveals that Defendants were served with summons and the Complaint on November 27, 2007. Summons Returned Executed (d/e 5); Summons

1

Returned Executed (d/e 6). Defendants, however, failed to file an answer or otherwise appear in the case, and Plaintiffs filed a Motion for Entry of Default (d/e 7).

On February 11, 2008, Magistrate Judge Charles H. Evans entered an Order of Default (d/e 8) in Plaintiffs' favor and against Defendants. Plaintiffs provided a copy of the pending Motion for Default Judgment to Defendants by U.S. Mail. Motion for Default Judgment, Attachments 2 & 3. Nevertheless, Defendants have failed to appear in this action. Keeler is not a minor or an incompetent person, nor is she in military service. Motion for Entry of Default, Attachment 1. Therefore, the Court finds entry of default judgment against Defendants to be appropriate. Judgment is entered in favor of Plaintiffs and against Defendants Philo Woodworks, Inc. and Rhonda Keeler as follows:

A. Judgment is awarded in favor of the Plaintiffs and against the Defendants for Defendants' contributions for the audit period of February 1, 2006, to June 30, 2007, in the amount of $3,314.92, which includes contributions due of $2,044.35, audit costs of $739.05, liquidated damages of $408.87 and interest of $122.65; Defendants are directed to submit contribution report forms and the applicable late payments of contributions

owed by Defendants to Plaintiffs, plus the liquidated damages as a consequence of late payments for the period of June 2007 through September 2007; and further, that judgment be awarded for any additional months in which contributions have not been remitted to the Fund with applicable reporting forms.

    B.    Defendants are ordered to perform and continue to perform all its obligations to the Plaintiffs.

    C.    Defendants are ordered to pay to the Plaintiffs' attorney's fees and costs in the amount of $1,606.20, as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

THEREFORE, Plaintiffs' Motion for Default Judgment (d/e 9) is ALLOWED. Judgment is entered in favor of Plaintiffs and against Defendants Philo Woodworks, Inc. and Rhonda Keeler as set forth above. All pending motions are denied as moot. This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER: April 4, 2008

    FOR THE COURT:

                            s/ Jeanne E. Scott
                            JEANNE E. SCOTT
                UNITED STATES DISTRICT JUDGE